## William Henry HARRISON, Plaintiff—Appellant,

v.

Bryon HERBEL, Doctor; Sally Johnson, Doctor; Jean Zula, Doctor; Steven Dewaldt; Moses, Lieutenant; Federal Bureau of Prisons; United States of America, Defendants—Appellees,

and

Unknown Black Lieutenant; 10 Unknown Corrections Officers; 2 Unknown Corrections Nurses, Defendants.

No. 07–7748.

United States Court of Appeals, Fourth Circuit.

Submitted: May 30, 2008.

Decided: June 12, 2008.

William Henry Harrison, Appellant Pro Se. David T. Huband, Bureau of Prisons, Butner, North Carolina, for Appellees.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Henry Harrison appeals the district court's orders: (1) dismissing this action arising under the Federal Tort Claims Act, the Freedom of Information Act, 42 U.S.C. §§ 1983, 1985, and 1986 (2000), *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), and North Carolina state law; and (2) denying his motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Harrison v. Herbel,* No. 5:05–ct–00550–D (E.D.N.C. July 17, 2007; filed Oct. 10, entered Oct. 11, 2007; Nov. 6, 2007; Mar. 4, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*